IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAM WILSON, JR., et. al., | * | |
| Plaintiffs, | * | Civil Action No.: 8:20-cv-1344 |
| v. | * | |
| EAGLE NATIONAL BANK, et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

AMENDED SCHEDULING ORDER

Following the Rule 16 Case Management Conference, the Scheduling Order entered on

May 17, 2021 (ECF No. 49) is hereby modified, at the request of the parties, as follows:

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | June 15, 2021 |
| Deadline for Rule 26(a)(2) disclosure for Plaintiff's expert on class certification | June 20, 2021 |
| Deadline for Rule 26(a)(2) disclosure for Defendants' expert on class certification | August 16, 2021 |
| Deadline for rebuttal Rule 26(a)(2) disclosure for Plaintiff's expert on class certification | September 16, 2021 |
| Pre-Class Certification Discovery Deadline and Deadline for Plaintiffs' Notice of Intent to File Motion for Class Certification | October 15, 2021 |
| Deadline to file Plaintiff's Motion for Class Certification | October 29, 2021 |
| Deadline to Oppose Plaintiff's Motion on Class Certification | December 3, 2021 |
| Deadline to Reply in support of Motion for Class Certification | December 22, 2021 |
| Hearing on Class Certification | TBD |

| | |
|---|---|
| Moving for Joinder of Additional Parties to Assert Individual Claims if Class Certification is Denied | 10 days following class certification decision |
| Deadline for Rule 26(a)(2) Disclosure for Plaintiffs' Experts on Substantive Issues | 30 days following class certification decision |
| Deadline for Rule 26(a)(2) Disclosure for Defendant's Experts on Substantive Issues | 60 days following class certification decision |
| Discovery Deadline | 90 days following class certification decision |
| Requests for Admissions | 7 days after completion of discovery |
| Notice of Intent to File Motion for Summary Judgment | 15 days after completion of discovery |
| Pretrial conference | TBD |
| Trial to commence | TBD |

All discovery shall be stayed from the Pre-Class Certification Discovery Deadline on October 15, 2021 through and including the filing of Plaintiffs' Reply in support of Motion for Class Certification on December 22, 2021.

Class certification and merits discovery shall run concurrently.

**Deposition Hours:**

The Parties have conferred and agreed that each side be permitted to conduct up to ninety-five (95) hours of depositions of fact witnesses, including parties.

Subject to the above modifications, all other requirements set forth in the Scheduling Order entered on May 17, 2021 (ECF No. 49) shall remain in place.

June __2__, 2021

_____
The Honorable Theodore D. Chuang
United States District Court for
the District of Maryland

2