IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **Sam Wilson, Jr.,** *et al.***,**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**Eagle National Bank,** *et al.***,**<br><br>**Defendants.** | **Civil Action No.: 8:20-cv-01344-JRR** |

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Sam Wilson, Jr., and John and Jackie Unthank ("Plaintiffs"), by and through undersigned counsel, on behalf of themselves and the entire class of persons similarly situated, by and through their undersigned counsel, move pursuant to Fed. R. Civ. P. 23 to proceed as a class action and for certification of the following Class and Subclasses:

The Eagle Class:
All individuals in the United States who were borrowers on a loan originated or brokered by Eagle National Bank or Eagle Nationwide Mortgage Company for which All Star Title, Inc. provided a settlement service, as identified in Section 1100 on the borrower's HUD-1, between January 1, 2009, and December 31, 2011. Exempted from this class is any person who, during the period of January 1, 2009 through December 31, 2011, was an employee, officer, member and/or agent of Defendants Eagle National Bank, Eagle Nationwide Mortgage Company, Eagle National Bancorp Inc., ESSA Bank & Trust, Inc., ESSA Bancorp Inc., or All Star Title, Inc.; and any judicial officer who handles this case, and the immediate family members of such judicial officer(s).

The Antitrust Class:
The Antitrust Class is comprised of all members of the Eagle Class.

i

> The RESPA Subclass:
>> All individuals in the United States who were borrowers on a federally related mortgage loan (as defined under the Real Estate Settlement Procedures Act, 12 U.S.C. § 2602) originated or brokered by Eagle National Bank or Eagle Nationwide Mortgage Company for which All Star Title, Inc. provided a settlement service, as identified in Section 1100 on the borrower's HUD-1, between January 1, 2009, and December 31, 2011.

For the reasons set forth in the accompanying Memorandum of Law in Support, which is incorporated by reference, the proposed Eagle Class and Antitrust and RESPA Subclasses satisfy all requirements of Fed. R. Civ. P. 23, and Plaintiffs are each and all appropriate Class and Subclass Class Representatives. Plaintiffs respectfully request this Court GRANT Plaintiffs' Motion for Class Certification, allow this action to proceed as a class action, certify the identified Eagle Class and Antitrust and RESPA Subclasses, and appoint Plaintiffs as Class Representatives of the same.

Dated: July 1, 2022

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Timothy F. Maloney, Esq. #03381 | Michael Paul Smith, Esq. #23685 |
| Veronica B. Nannis, Esq. #15679 | Melissa L. English, Esq. #19864 |
| Joseph, Greenwald & Laake, P.A. | Smith, Gildea & Schmidt, LLC |
| 6404 Ivy Lane, Suite 400 | 600 Washington Avenue, Suite 200 |
| Greenbelt, Maryland 20770 | Towson, Maryland 21204 |
| (301) 220-2200 / (301) 220-1214 (fax) | (410) 821-0070 / (410) 821-0071 (fax) |
| Email: tmaloney@jgllaw.com | Email: mpsmith@sgs-law.com |
| Email: vnannis@jgllaw.com | Email: menglish@sgs-law.com |
| *Co-Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 1st day of July 2022, I served copies of the foregoing Plaintiffs' Motion for Class Certification, supporting Memorandum of Law and exhibits, and Proposed Order via this Court's CM/ECF system to counsel of record for the parties. In addition, a printed copy is being delivered by U.S. Mail to Chambers.

                                                                                       _____/s/_____
                                                                                       Melissa L. English, Esq. #19864