**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>JULIE R. RUBIN<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 20770<br>(410) 962-4812 |

July 12, 2022

RE:  *Wilson, et al., v. Eagle National Bank*, *et al.*
     8:20-cv-01344-JRR

Dear Counsel:

     In preparation for Friday's hearing on Defendants' Motion to Strike and/or Exclude the Report and Opinions of William Watkins (ECF No. 98), although it may be self-evident, I thought it would aid the parties' preparation if I made clear my expectations for the hearing.  First, the court will hear argument isolated to the issue of whether Mr. Watkins' report regarding class certification is rebuttal in nature and scope, and, if the court determines that it is not rebuttal (whether in part or in its entirety), what the parties respectively propose is the range of appropriate remedies pursuant to the Federal Rules and subject to the court's discretion.  The court is mindful that Mr. Watkins' report is to assist the court in determining whether to certify a class and (despite Plaintiffs' alternative position taken at ECF No. 103, p. 3) is not offered as documentation of Mr. Watkins' opinions on the merits of the action which Plaintiffs intend to offer a jury.

     Following that, the court will hear argument on Defendants' request that the court exclude Mr. Watkins' expert report on Rule 702 grounds.  Given that the purpose of Mr. Watkins' report is limited to assisting the court in determining whether to certify a plaintiff class (or plaintiff classes) per Rule 23, the court will not hear live testimony from Mr. Watkins on Friday, but rather will admit in evidence his report as well as those portions of his deposition testimony offered by the parties for purposes of conducting a Rule 702 review demanded by the Motion to Strike and/or Exclude.  To be clear, this approach to Friday's hearing does not foreclose the possibility that the court may wish to hear testimony from the parties' class certification experts on the pending Motion to Certify Class (ECF No. 112) in the event the court declines to strike or exclude Mr. Watkins' report.

     I am available for telephone conference tomorrow should the parties wish to propose an alternative approach.

     Very truly yours,

                                                                /S/
                                                        Julie R. Rubin
                                                        United States District Judge