IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SAM WILSON, JR., et al.,** | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: JRR-20-1344 |
| **EAGLE NATIONAL BANK, et al.,** | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

ORDER AMENDING SCHEDULING ORDER
AND ADDRESSING DISCOVERY MATTERS

Pending before this Court are multiple discovery-related Motions and related submissions recently filed by both Plaintiffs and Defendants in this action.  On November 29, 2023, this Court held oral argument on the pending Motions.

Based on the Parties' submissions, oral arguments, and agreements, it is this 4th day of December, 2023, hereby ORDERED that:

1. **Plaintiffs' Motion for Expedited Status Conference and to Amend the Scheduling Order (ECF No. 157).**

This Motion is GRANTED on the terms set forth herein.  The discovery deadline in this case is hereby extended for a period of 4 months, through and including **March 15, 2024**.  During this period, Plaintiffs' discovery shall be limited to completing (including, where necessary, through the resolution of any disputes, which disputes shall be addressed utilizing this Court's discovery dispute resolution procedure (ECF No. 175)) the open discovery matters undertaken prior to November 15, 2023, identified as:

   a.  Plaintiffs' Subpoena *Duces Tecum* to Fox Rothschild, LLP;

   b.  Plaintiffs' Subpoena *Duces Tecum* to Stradley Ronon Stevens & Young LLP;

c.  Plaintiffs' Subpoena *Duces Tecum* to Federal Insurance Company;

d.  Plaintiffs' Subpoenas *Duces Tecum* to Stewart Title Guarantee Company;

e.  Plaintiffs' Subpoenas *Duces Tecum* to third parties seeking production of class members' loan files;

f.  Plaintiffs' Fifth and Sixth Sets of Requests for Production of Documents to Defendants;

g.  Plaintiffs' Third Set of Interrogatories to Defendants;

h.  The deposition of William Bromley;

i.  The deposition of Sam Morelli;

j.  The deposition of Gary Olsen, if ordered, or a 30(b)(6) corporate designee of ESSA Bank & Trust/ESSA Bancorp (as detailed below in this Order); and

k.  Any Requests for Admission under the applicable deadline.

In the event that any Party believes any additional fact discovery to be necessary based on information obtained through the above-listed discovery, the parties shall confer to determine if there is consent and, if unable to obtain such consent, the moving party shall seek leave of Court using this Court's discovery dispute resolution procedure (ECF No. 175) before undertaking any additional discovery.

Any requests by either Party for further extension of the fact discovery deadline shall be reviewed for a heightened showing of good cause.

Based on this extension, the other deadlines in the Scheduling Order are hereby AMENDED as follows:

| Post-Class Certification Discovery Deadline | **March 15, 2024** |
|---|---|
| Requests for Admission | **March 22, 2024** |
| Plaintiffs' Designation of Experts | **April 15, 2024** |
| Defendants' Designation of Experts | **May 17, 2024** |
| Plaintiffs' Designation of Rebuttal Experts | **June 17, 2024** |
| Expert Discovery Deadline (including Expert Depositions) | **September 30, 2024** |

| Joint Status Report Due | **September 30, 2024** |
|---|---|
| Deadline for Dispositive Motions | **October 30, 2024** |

2. **Defendants' Motion for Protective Order Quashing Subpoena Duces Tecum to Fox Rothschild, LLP (ECF No. 150), Plaintiffs' Motion to Compel Fox Rothschild LLP's Response to Subpoena (ECF No. 161) and Plaintiffs' Motion to Compel Stradley Ronan Stevens & Young LLP's response to the Subpoena (ECF No. 162).**

These Motions are GRANTED IN PART and DENIED IN PART, with the Parties to proceed on the terms set forth herein:

   a. By December 8, 2023, Fox Rothschild, LLP SHALL PROVIDE to Counsel for Defendants all documents identified by Fox Rothschild, LLP as responsive to the Subpoena.

   b. By January 12, 2024, Counsel for Defendants SHALL PRODUCE to Plaintiffs all non-privileged documents received from Fox Rothschild, LLP and a privilege log identifying all documents withheld on the basis of any applicable privilege.

   c. In the event that Plaintiffs challenge any of Defendants' privilege designations, they shall comply with this Court's discovery dispute resolution procedure (ECF No. 175).

   d. A similar process shall be used to resolve Plaintiffs' Motion to Compel Stradley Ronan Stevens & Young LLP's response to the Subpoena.  (ECF No. 162)

3. **Plaintiffs' Motion to Compel Federal Insurance Company's Response to Subpoena (ECF No. 160).**

This Motion is DENIED WITHOUT PREJUDICE should any further dispute arise.

4. **Defendants' MOTION for Protective Order Quashing Subpoena to ESSA Bank & Trust President and CEO Gary Olson (ECF No. 156).**

This Motion is HELD OPEN on the terms set forth herein:

   a. By December 8, 2023, Defendants shall identify a corporate designee of ESSA Bank & Trust/ESSA Bancorp who is competent to testify as to ESSA Bank & Trust/ESSA

3

Bancorp's knowledge of Eagle Nationwide Mortgage Company's potential RESPA and other liabilities at the time of the 2015 Eagle/ESSA merger;

b. By December 11, 2023, Plaintiffs will file notice of consent to the designee or a short statement of objections to the designee. If Plaintiffs consent, the deposition of the corporate designee shall be coordinated and conducted in accordance with the schedule set forth herein, the Federal Rules, and this Court's discovery guidelines.

c. On Plaintiffs' objection to the designee, the Court will provide a final ruling on the motion.

d. Any deposition will be scheduled by agreement of the parties for a location, date and time, convenient for the deponent.

5. **Plaintiffs' Notice of Service of Motions to Compel Discovery Responses (ECF No. 164).**

This submission is not a Motion; consequently, no ruling is required.

During the November 29 conference, the Parties agreed to meet-and-confer regarding disputes concerning Defendants' responses to Plaintiffs' Fifth and Sixth Sets of Requests for Production of Documents and Plaintiffs' Third Set of Interrogatories. If, following the Parties' meet-and-confer, any disputes remain, the Parties may bring such dispute to the Court's attention in accordance with this Court's discovery dispute resolution procedure (ECF No. 175).

It is so ORDERED.

Date: December 4, 2023 _____/s/_____
The Honorable Ajmel A. Quereshi
United States Magistrate Judge

4